**Estrellita Sucgang PARINASAN, Petitioner,**

v.

**John ASHCROFT,\* Attorney General, Respondent.**

**No. 00–71106.
INS No. A71–948–060.**

United States Court of Appeals, Ninth Circuit.

Submitted June 7, 2001.\*\*

Decided June 18, 2001.

Before PREGERSON, HENRY,\*\*\* and HAWKINS, Circuit Judges.

MEMORANDUM \*\*\*\*

IIRIRA § 309(c)(5)(A) applies the stop-time rule to transitional aliens whose deportations were initiated with the service of an Order to Show Cause and who seek suspension of deportation. *Ram v. INS,* 243 F.3d 510, 516 (9th Cir.2001). Parina-

---

\*\* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

\*\*\* Honorable Robert H. Henry, United States Circuit Judge for the Tenth Circuit Court of Appeals, sitting by designation.

\*\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

san's due process rights were not violated by the application of IIRIRA § 309(c)(5). *Id.* at 517.

Petition for review DENIED. Petitioner's remedy with respect to claims for relief under *Barahona–Gomez* lies in district court in accordance with this court's recent opinion in *Barahona–Gomez v. Reno*, 167 F.3d 1228 (9th Cir.1999); *aff'd*, 236 F.3d 1115 (2001). Because the district court's preliminary injunction in *Barahona–Gomez* precludes the Attorney General from deporting class members until the class action is resolved, denial of this petition for review does not affect the rights of this class member as to that preclusion or the rights asserted in the class action

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** Honorable Ronald M. Whyte, United States District Judge for Northern California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.